UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VIRGIN RECORDS AMERICA, INC., et al.,

                Plaintiffs,

      -against-                            06 Civ 3080 (LAK)

DARA CANNON,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motion for a default judgment is granted.

        SO ORDERED.

Dated:       July 20, 2006

                                            Lewis A. Kaplan
                                          United States District Judge